|||
|---|---|
| **Plaintiff**<br>BARNABAS HEALTH, INC. D/B/A RWJBH CORPORATE SERVICES INC.<br><br>vs<br><br>**Defendant**<br>TOUCHSTONE TECHNOLOGY CONSULTING OPS. INC. D/B/A TOUCHSTONE HEALTHCARE SOLUTIONS., ET AL | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>DOCKET NO. 2:21-CV-12508-JMV<br><br>**AFFIDAVIT OF SERVICE**<br>(for use by Private Service) |

||539227||

Person to be served: TOUCHSTONE TECHNOLOGY CONSULTING OPS., INC. D/B/A TOUCHSTONE HEALTHCARE SOLUTIONS
Address:
8 BEAVER BROOK ROAD
RIDGEFIELD CT 06877

Cost of Service pursuant to R4:4-30
$ _____

Attorney:
CONNELL FOLEY LLP.
1085 RAYMOND BLVD. 19TH FLOOR
NEWARK NJ 07102

Papers Served:
CIVIL COVER SHEET SUMMONS & COMPLAINT & EXHIBITS & PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

**Service Data:**

Served Successfully ✓    Not Served ____    Date: 6-22-2021    Time: 5:40 PM    Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title: Brian Mead   managing Agent, CEO

**Description of Person Accepting Service:**
Age: 42    Height: 6'    Weight: 190    Hair: Brown    Sex: Male    Race: White

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                              Date _____ Time _____
                              Date _____ Time _____
( ) Other: _____    Comments or Remarks _____

I, Eric Rubin, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Subscribed and Sworn to me this 23 day of June, 2021

_____
Notary Signature
AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/2023

_____
Signature of Process Server

Date: 6-22-2021

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   539227
File No.   132975

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**BARNABAS HEALTH, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**TOUCHSTONE TECHNOLOGY CONSULTING OPS. INC., ET AL.,**
*Defendant*

CASE NUMBER: **2:21-CV-12508-JMV-AME**

TO: *(Name and address of Defendant):*

**Touchstone Technology Consulting Ops., Inc.
d/b/a Touchstone Healthcare Solutions
8 Beaver Brook Road
Ridgefield, Connecticut 06877**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ **WILLIAM T. WALSH**
CLERK



ISSUED ON 2021-06-15 12:35:51, Clerk
USDC NJD