UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BARNABAS HEALTH, INC.

*Plaintiff*

v.

TOUCHSTONE TECHNOLOGY CONS

*Defendant*

Civil Action No. 2:21-cv-12508-JMV-AME

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____Touchstone Technology Consulting Ops. Inc._____, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

s/Mark R. Faro, Esq.
Signature of Attorney

151 W. Passaic Street, 2nd Floor
Address

Rochelle Park, NJ 07662
City/State/Zip

08/05/2021
Date

DNJ-CMECF-005 (10/2018)