**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARNABAS HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOUCHSTONE TECHNOLOGY CONSULTING, OPS. INC., et al., <br><br> Defendants. | Case No. 21-cv-12508 (EP) (AME) <br><br> **ORDER** |

**THIS MATTER** comes before the court on Plaintiff Barnabas Health, Inc.'s motion for default judgment against Defendant Touchstone Technology Consulting Ops. Inc.  The complaint in this matter having been filed on June 14, 2021; and service of the summons and complaint having been effectuated with respect to the Defendant; and default having been entered by the Clerk of the Court on September 1, 2022, against the Defendant for its failure to secure counsel; and the Court having reviewed the papers; and for the reasons set forth in the Opinion filed herewith,

**IT IS**, on this 10th day of August 2023,

**ORDERED** that the motion for default judgment (D.E. 41) is **GRANTED**, and it is finally

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff have judgment against Defendants in the total amount of $1,375,000.00.

Dated: August 10, 2023

_____
Evelyn Padin, U.S.D.J.